eration or decision of this petition. ▮▮▮▮▮▮▮▮
▮▮▮▮

No. 10–9597. CALDWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9622. AKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮
▮▮▮▮

No. 10–9666. RIGGS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮

▮▮▮▮

No. 09–10664. RIGGINS v. TEXAS, 562 U. S. 848;

No. 10–817. PARISH v. VIRGINIA, 562 U. S. 1220;

No. 10–6652. HAYDEN ET UX. v. D'AMICO ET AL., 562 U. S. 1223;

No. 10–7173. DEERE v. NEVADA, 562 U. S. 1147;

No. 10–7274. WIDEMAN v. COLORADO ET AL., 562 U. S. 1224;

No. 10–7570. FORTE v. BARBER ET AL., 562 U. S. 1187;

No. 10–7647. CLAYTON v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1188;

No. 10–7688. KEITH v. WASHINGTON, 562 U. S. 1204;

No. 10–7876. NORRIS v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, 562 U. S. 1228;

No. 10–7927. BROWN v. GAETZ, WARDEN, 562 U. S. 1205;

No. 10–8024. MANKO v. MANNOR ET AL., 562 U. S. 1232;

No. 10–8026. SMITH v. SCHOOL BOARD OF BREVARD COUNTY ET AL., 562 U. S. 1232;

No. 10–8066. CASTRO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 562 U. S. 1233;

No. 10–8130. DAVIS v. UNITED STATES, 562 U. S. 1236;

No. 10–8269. DAVENPORT v. FRAZIER, WARDEN, 562 U. S. 1259;

No. 10–8361. ASKEW v. UNITED STATES, 562 U. S. 1243;

No. 10–8397. IN RE AL-ZAGHARI, 562 U. S. 1215;

No. 10–8412. IN RE SMITHBACK, 562 U. S. 1215;

No. 10–8443. TOLONEN v. PUGH, WARDEN, 562 U. S. 1260;

No. 10–8561. BANKS v. BROWN, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS, 562 U. S. 1261;

No. 10–8628. PERRY v. SANDERS, WARDEN, ET AL., 562 U. S. 1261;

No. 10–8762. TENERELLI v. UNITED STATES, 562 U. S. 1264; and

No. 10–8767. KING v. UNITED STATES, 562 U. S. 1264. Petitions for rehearing denied.

No. 10–681. UNITED STATES v. DEWAR ET AL., 562 U. S. 1254. Petition for rehearing denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–502. DIXON v. DEUTSCHE BANK NATIONAL TRUST CO. ET AL., 562 U. S. 1136; and

No. 10–5913. JOHNSON v. UNITED STATES, 562 U. S. 941. Motions for leave to file petitions for rehearing denied.

## APRIL 20, 2011

No. 10A989. HAMILTON COUNTY BOARD OF ELECTIONS ET AL. v. HUNTER ET AL. Application to recall and stay the mandate of the United States Court of Appeals for the Sixth Circuit, case Nos. 10–4481, 11–3059, and 11–3060, presented to JUSTICE KAGAN, and by her referred to the Court, denied

## APRIL 25, 2011

No. 10–9073. CANNON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–9138. WARD v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–9169. HON CHUNG LAU v. HARRINGTON, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this